

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 2:20-CR-42 |
| ) | |
| JERRY LYNN MORRELL ) | JUDGE Greer |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about February 25, 2020, within the Eastern District of Tennessee, the defendant, JERRY LYNN MORRELL, did knowingly, intentionally, and without authority possess with the intent to distribute more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

### COUNT TWO

The Grand Jury further charges that, on or about February 25, 2020, within the Eastern District of Tennessee, the defendant, JERRY LYNN MORRELL, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT THREE

The Grand Jury further charges that, on or about February 25, 2020, within the Eastern District of Tennessee, the defendant, JERRY LYNN MORRELL, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Taurus, Model G2, 9mm pistol, that firearm having been transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

TRUE BILL:

FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: B. TODD MARTIN
Assistant U.S. Attorney