# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Defendant Name: JERRY LYNN MORRELL          20-42

Place of Offense (City & County): Bristol, Sullivan County          JRG-2

Juvenile: Yes ___ No x     Matter to be Sealed: Yes ___ No x

Interpreter: No x Yes ___    Language: _____

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) 3 Felony

| | **ORIGINAL INDICTMENT** U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Possess with the intent to distribute methamphetamine (21 USC section 841(a)(1)) | 1 |
| | Possession of a firearm in furtherance of a drug trafficking offense (18 USC § 924(c)(1)(A)) | 2 |
| | Possession of a firearm by a prohibited person (18 U.S.C. § 922(g)(1)) | 3 |

Current Trial Date (if set): _____    before Judge _____

Criminal Complaint Filed: No x  Yes ___  Case No. _____

Defendant on Supervised Release: Yes ___ No x

Violation Warrant Issued? No ___ Yes ___  Case No. _____

Related Case(s):

Case Number   Defendant's attorney   How related

Case Number   Defendant's attorney   How related

## Criminal Informations:

Pending criminal case:  No X  Yes ___  Case No. _____

New Separate Case _____   Supersedes Pending Case _____

Name of defendant's attorney:

Retained: _____   Appointed: _____

Date: 3/9/2020    Signature of AUSA: [signed]
                  B. Todd Martin