UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:20-CR-42 |
| | ) | |
| JERRY LYNN MORRELL | ) | |

**ORDER**

On the petition of the United States of America by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Jailer of the Sullivan County Jail, in Blountville, Tennessee to have Jerry Lynn Morrell before this Court at Greeneville, Tennessee, on **June 10, 2020, at 11:00 a.m.**, for Initial Appearance or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of and immediately thereafter be returned to the Sullivan County Jail, in Blountville, Tennessee.

And it is further ordered that in the event the Jailer of Sullivan County Jail, in Blountville, Tennessee so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Jerry Lynn Morrell into his custody and transport him to and from said Sullivan County Jail, in Blountville, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

/s Cynthia Richardson Wyrick
United States Magistrate Judge