# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *INITIAL APPEARANCE/ARRAIGNMENT & SCHEDULING*

USA vs **Jerry Lynn Morrell**   Date: June 10, 2020

Case No. **2:20-CR-42**   Time 11:15 to 11:40

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | B. Todd Martin |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**DEFENDANT**  **DEFENSE ATTORNEY**

Jerry Lynn Morrell   via Video Conf.   Nikki C. Pierce via Video Conf.

PROCEEDINGS:   Arrest Date: 6/10/20

- [✓] Defendant sworn
- [✓] Defendant found competent
- [ ] Advised those participating by phone or video that they are not permitted to record or rebroadcast
- [✓] Financial affidavit executed;
- [✓] Counsel present and appointed;
- [ ] Counsel to be retained
- [✓] Defendant advised of charges, penalties, and rights;
- [ ] Copy of indictment provided to defense counsel by clerk
- [✓] Plea of not guilty entered to all charges

    Oral motion to continue outside of speedy trial deadline GRANTED
    Dates selected and scheduled as follows:
    Jury Trial: **September 22. 2020** at 9:00 a.m.
    before the Honorable J. Ronnie Greer
    Estimated length of trial 2 DAYS
    Motion cut-off 8/7/20
    Response deadline 8/21/20
    Plea Bargain cut-off 9/15/20

- [ ] Agreement of government counsel to conditions of release
- [ ] Bond and Conditions of pretrial release set
- [ ] Defendant advised of penalties for violations of pretrial release
- [✓] Oral motion by USA for detention
- [✓] Detention hearing waived with right to hearing reserved
- [ ] Detention Hearing scheduled:   before the Honorable Cynthia Richardson Wyrick
- [✓] Defendant remanded to custody of U.S. Marshal
- [ ] Defendant released on bond
- [ ] Defendant remanded to custody for out-processing/pending completion of conditions
- [✓] Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-20-CR-42_20200610_105353