UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) | **2:20-CR-42** |
| vs. | ) ) ) | |
| JERRY LYNN MORRELL, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Defendant has requested and is financially qualified for court-appointed counsel. It is, therefore, ordered that the Federal Defender Services of East Tennessee is appointed to represent Defendant in all further proceedings in this action.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge