# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Jerry Lynn Morrell<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:20-CR- **42**<br>) RECEIVED BY: **MAX**<br>) DATE: **3.10.2020** TIME: **3:00**<br><br>U.S. MARSHAL E/TN<br>GREENEVILLE, TN |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jerry Lynn Morrell,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possess with the intent to distribute methamphetamine (21 USC section 841(a)(1))
Possession of a firearm in furtherance of a drug trafficking offense (18 USC section 924(c)(1)(A))
Possession of a firearm by a prohibited person (18 U.S.C. § 922(g)(1))

Date: 03/10/2020

JOHN L. MEDEARIS, CLERK

*Issuing officer's signature*

City and state: Greeneville, Tennessee

*Printed name and title*

---

**Return**

This warrant was received on *(date)* **3/10/20**, and the person was arrested on *(date)* **6/9/20**
at *(city and state)* **Greeneville TN**.

Date: **6/9/20**

*Arresting officer's signature*

DUSM M. Kaase
*Printed name and title*