UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **2:20-CR-42** |
| | ) | **Wyrick/Greer** |
| JERRY LYNN MORRELL | ) | |

## UNITED STATES' RESPONSE TO MOTION TO CONTINUE

Comes now the United States of America, by its counsel, B. Todd Martin, Assistant United States Attorney, for the Eastern District of Tennessee, in response to Motion to Continue Motion Deadline, Plea Deadline and Trial Date (Doc. 12) filed in this case.

The United States has no opposition to the motion.

J. DOUGLAS OVERBEY
United States Attorney

By: /s/ B. Todd Martin

B. TODD MARTIN
Assistant U.S. Attorney
BPR: 018785
220 West Depot Street, Ste. 423
Greeneville, TN 37743
todd.martin2@usdoj.gov
423/639-6759