UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JERRY LYNN MORRELL, )<br>)<br>Defendant. | **2:20-CR-42** |

**ORDER**

Defendant filed a Motion to Continue [Doc. 15] in which counsel avers additional time is needed to review discovery, meet with Defendant, and complete further investigation. Defense counsel specifically noted the impact the COVID-19 pandemic is having on working to resolve this case. The United States did not oppose the Motion. [Doc. 16].

Defendant has shown good cause to grant the relief requested in the motion. Despite defense counsel's due diligence, additional time is needed to complete and review discovery, hold attorney-client meetings, conduct investigation, and consider options for disposition all of which have been delayed by the COVID-19 pandemic. The Court further notes that those delays are expected to remain a challenge in the near future given the sharp rise in COVID-19 cases in the District. As such, the Court **GRANTS** Defendant's Motion [Doc. 15].

The Court sets the following deadlines for this matter:

| New Scheduling Dates | |
| --- | --- |
| Trial Date | **April 15, 2021 at 9:00 a.m. before Senior U.S. District Judge J. Ronnie Greer** |
| Estimated length of trial | **2 days** |
| Defendant Motion Deadline | **February 23, 2021** |
| Government Response Deadline | **March 9, 2021** |
| Plea Deadline | **April 1, 2021** |
| Requests for Special Jury Instructions | **5 days before trial** |

For the reasons stated above and those set forth in Standing Order 21-01 which canceled all jury trials in the District through February 28, 2021, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

If any Defendant and the United States enter into plea negotiations which prove successful, a fully executed plea agreement shall be filed on or before the plea deadline identified above with an exact copy simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/ Cynthia Richardson Wyrick
United States Magistrate Judge